AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| A mobile/manufactured home located at 9100 Tejon, #210 (Pikes Peak Drive), Federal Heights, Colorado 80260, to include any outbuildings, storage buildings, and detached garages. | ) ) ) ) ) | Case No.   20-sw-00183-MEH |
| more fully described in Attachment A, attached hereto. | ) ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __February 25, 2020__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Michael Hegarty__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*.     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __02/11/2020, 2:31 pm__         *Michael E. Hegarty*
                                                    *Judge's signature*

City and state:  __Denver, CO__     Michael Hegarty
                                    United States Magistrate Judge
                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 245C-DN-3034188 | Date and time warrant executed: 2-12-20 0600 | Copy of warrant and inventory left with: 9100 Tejon #210, Federal Heights, Co |
| Inventory made in the presence of: N/A |||
| Inventory of the property taken and name of any person(s) seized: See Attached |||

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:06 pm, Feb 19, 2020
JEFFREY P. COLWELL, CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-13-2020

_Executing officer's signature_

Marc A. Soto / Special Agent - HSI
_Printed name and title_

FD-597 (Rev. 4-13-2015)

Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245C-DN-3034188

On (date): 2/12/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) PUEBLITO CORTES-DURAN
(Street Address) 9100 TEJON, #210 (PIKES PEAK DRIVE)
(City) FEDERAL HEIGHTS

Description of Item(s):
- RECEIPTS, DL PHOTO JUAN GONZALEZ
- BBVA CASHIERS CHECK, $1,360.70
- LG CELLPHONE
- ZTE CRICKET CELL PHONE
- WELLS FARGO DEPOSIT SLIP, $6,500
- CALENDAR AND LEDGER
- CASH, $25,172.00
- LG CELL PHONE
- ALCATEL ONE TOUCH CELL PHONE
- MOTOROLA CELL PHONE
- BBVA GAVIOS LA PAZ LLC
- LG CELL PHONE
- COLORADO DL CORTES DURAN PUEBLITO
- NEW MEXICO DL VELIA SALAS-SULIS
- MEXICO PASSPORT CORTES DURAN PUEBLITO
- RESIDENTIAL RENTAL AGREEMENT
- COMCAST ACCOUNT DIRECTIONS
- LEDGER
- CASH, $448.00

Received By: (Signature)
Printed Name/Title: SPECIAL AGENT ROBERT SPIVEY

Received From: (Signature)
Printed Name/Title:

FD-597 (Rev. 4-13-2015)

Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245C-DN-3034188

On (date): 2/12/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) PUEBLITO CORTES-DURAN

(Street Address) 9100 TEJON, #210 (PIKES PEAK DRIVE)

(City) FEDERAL HEIGHTS

Description of Item(s): LENOVO LAPTOP S/N P202TCOK
PASSPORT FOR CORTES DURAN PUEBLITO
Cash $6010
8 credit cards for pueblito cortes duran
handwritten notes - ledger

Received By: (Signature)

Received From: (Signature)

Printed Name/Title: SPECIAL AGENT ROBERT SPINKA

Printed Name/Title: